■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY L. SMITH, Appellant. (Appeal No. 2.) [629 NYS2d 691] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.— Criminal Sale Controlled Substance, 3rd Degree.) Present— Denman, P. J., Lawton, Wesley, Balio and Boehm, JJ.